UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-_01177_ |
| ) | |
| $214,860.00 IN UNITED STATES ) | |
| CURRENCY, More or less; ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Stephen R. McAllister, United States Attorney for the District of Kansas, and Colin Wood and Sean Hatfield, Special Assistant United States Attorneys, bring this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $214,860.00 in U.S. Currency, more or less (hereinafter "defendant property"), for violations of 21 U.S.C. § 841.

### THE DEFENDANT IN REM

2. The defendant property consists of: $214,860.00 in United States currency, more or less, that was seized on May 16, 2018, by the Shawnee County Sheriff during a routine traffic stop of a vehicle driven by Alfonso Ramirez-Garcia on I-70 at milepost 346, in Shawnee County,

in the District of Kansas. The currency is currently in the custody of the United States Marshal Service.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because an act or omission giving rise to the forfeiture occurred in this district, and/or pursuant to 28 U.S.C. § 1395 because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

## FACTS

7. Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney

*/s/ Colin Wood*

COLIN D. WOOD, #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
316-269-6481
FAX 316-269-6484
colin.wood@usdoj.gov

*/s/ Sean Hatfield*

SEAN M.A. HATFIELD, #24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
316-269-6481
FAX 316-269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, Sargis Zadoyan, Task Force Officer with the Drug Enforcement Administration.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June, 2018.

TIERNEY R. MARTINEZ
Notary Public - Notary Seal
State of Missouri - Clay County
Commission # 16170568
My Commission Expires 10/24/2020

TFO Sargis Zadoyan
DEA

## AFFIDAVIT

I, Sargis G. Zadoyan, being duly sworn, depose and state as follows:

1. Your affiant is a Police Officer with the Kansas City International Airport Police, and has been so employed since August 2006. Your affiant has been assigned to the Drug Enforcement Administration Kansas City Interdiction Task Force as a federally deputized Task Force Officer (TFO) since February 2008. During my law enforcement career, I have participated in numerous investigations of individuals who violated narcotic laws and ordinances and received training in the areas of drug interdiction, money laundering, financial investigations and narcotics investigations.

2. This affidavit is made in support of a forfeiture proceeding.

3. On May 16, 2018, Shawnee County Deputy Sheriff Tracey Trammel stopped for a traffic violation a Jeep on I-70 at milepost 346 in Shawnee County, in the District of Kansas. The driver and lone occupant of the Jeep was Alfonso RAMIREZ-Garcia.

4. During the event, the Jeep was searched. Deputy Trammel found hidden compartments behind the Jeep's fenders. The compartments contained $214,860.00 in U.S. currency wrapped in layers of carbon paper, aluminum foil and plastic.

5. RAMIREZ-Garcia told authorities that he had been hired in Mexico to drive to Minnesota and transport the currency back to Mexico. He said that this was his second such trip, the first transporting currency from Rockford, Illinois.

6. Later, at another location, a trained and certified drug detection K-9 was deployed on the currency and it alerted to the odor of controlled substances..

7. Based upon the information set forth herein, Affiant has probable cause to believe that the $214,860.00 in United States currency, more or less, seized in this investigation constitutes

money or other things of value furnished or intended to be furnished in exchange for a controlled substance, or represents proceeds traceable to such an exchange, or was used or intended to be used to facilitate one or more violations of Title 21 USC 841 et. seq.

Sargis G. Zadoyan, TFO
DEA

Subscribed and sworn to before me this 15th day of June, 2018.

NOTARY PUBLIC

TIERNEY R. MARTINEZ
Notary Public - Notary Seal
State of Missouri - Clay County
Commission # 16170568
My Commission Expires 10/24/2020